| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 96-CR-110 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | 07572:98-00110-00 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Ronald Valluzzi | Eastern Wisconsin | Northern Illinois |
| | NAME OF SENTENCING JUDGE | |
| | Judge Lynn S. Adelman | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
| | 11/16/07 | 11/16/07 | 11/15/12 |

**08CR 507**

| OFFENSE |
|---|
| Conspiracy to Possess With Intent to Distribute Cocaine and Marijuana |

**JUDGE KOCORAS**

**MAGISTRATE JUDGE VALDEZ**

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____Eastern____ DISTRICT ____Wisconsin____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Northern District of Illinois** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

6/4/08
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____Northern____ DISTRICT OF ____Illinois____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

**FILED**
6-24-08
JUN 2 4 2008  TC

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

JUN 2 3 2008
*Effective Date*

*United States District Judge*